United States
District Court of

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED
AUG 18 2025
ERIC M. STORMS, CLERK
BY_____
DEPUTY CLERK

Thomas Bayne
222 Main St
Lisbon Falls, ME 04252
(Currently Held Cumberland County Jail)
Plaintiff

V.

Mr. Joyce
Cumberland County Sheriff
36 County Way
Portland, ME 04102

Date: 8-13-2025

## Complaint

Comes now; Thomas Bayne, hereby identified as Petitioner brings this complaint forthwith. The Petitioner requests all allowances given with Pro-se conditions. The Petitioner is also without any law library assistance as this avenue of direction has been taken from the Plaintiff. A request of In-forma pauperis is made along with all allowances given to Petitioner as an incarcerated individual

On 7-28-2025, Petitioner was arrested for unknown reasons and brought to Cumberland County Jail. The following day the Plaintiff met with pre-trial advocate to determine status for a court appointed attorney. The Plaintiff was told he would have court for initial appearance the following day as required by the Maine State Constitution, The Maine Code of criminal procedure, & the Federal Rules of Criminal Procedure

While defendants will argue both judicial immunity and eleventh ammendmant protections; the highest courts of the land have ruled these protections unavailable when violating constitutional Rights and protections. The violated constitutional rights include the 4TH, 6TH, 8TH, & 14TH, which as all Americans hold dear.

James Madison, a great contributer of the Constitution stated: "But what is Government itself, but the greatest of all reflections on human nature? If men were angels neither external

nor internal controls on government would be neccesary. In framing a government which is to be administered by men over men the great difficulty lies in this: you must first enable the government to control the governed, and in the next place to control itself."

At the time of this writing, the Plaintiff has been incarcerated sixteen days without an initial appearance. The Supreme Court in Kirby v. Illinois stated "The initiation of judicial criminal proceedings is far from a mere formality, it is the starting point of our whole system of adversary criminal justice." The Supreme Court of Maine in State v. Carter stated: "Absent unusual circumstances, delay of eleven days between arrest and initial appearance is unreasonably long". (ME Rules of C.P. 5, 9(c)(1). Maine rules of Unified Criminal Procedure also state that Initial Appearance at no time should be greater than 48 hours or the custodian must let the subject go.

The Supreme Court in Kent v. United States stated: "Arraignment before a magistrate/judge for determination of probable cause and advice to arrested person as to his rights are provided by law, and are regarded as fundamental." (FRCD 5AB) Maine Constitution article 1 §6 states: In all criminal prosecutions, the accused shall have the right to demand the nature and cause of the accusation and have a copy thereof.

The Plaintiff; after five days of incarceration began to communicate to first and second shift correctional officers of no Initial Appearance. Their reply was of indifference and ignorance to this particular statue; although of importance to life, liberty and the persuit of happiness.

The plaintiff then communicated the lapse of Initial appearance to Sargent John Doe 1 & 2. Sargent John Doe #2 communicated that he would get Plaintiff a hand written copy of complaint. The Plaintiff requested a photo copy of complaint, but was

given neither. The Plaintiff than gave a nurse a handwritten complaint of no Initial appearance which resulted in the loss of the very limited freedoms and property Plaintiff had in the Cumberland County jail. The Plaintiff was also exposed to the most disrespectful display of dis-regard of the United States Constitution and all that have sacrificed for these freedoms by Lt. John Doe; This display of disrespect for all Americans took place at @16:00 hours outside of his office F-237, intake on 8-12-2025.

Plaintiff was stripped of clothing and all possessions and placed in psych observation for communicating lack of Initial appearance. The first communication with Lt. John Doe was met with a large and obnoxious yawn. The second communication of no Initial appearance was met with the statement; "Sounds like fruit of the poisoness tree" and laughter as well. For an officer of this facility or any facility to act this way is disgusting, disrespectful,

and a slap in the face of all Americans from Gold Star families to patriots who have made the ultimate sacrifice. In addition to violations of the United States Constitution. After release from psych observation Plaintiff was deprived of items personally purchased on commisary, all of clothing/towels, and ability to access the law library.

In all of the United States history the Constitution has only been ammended 27 times. The Framers of the Constitution did not intend this document to be easily altered. To ignore the Constitution is to ignore all that we, as Americans hold dear. A civil society based on life, liberty, + the persuit of happiness keeps us free from tyranny + oppression

Motion for Immeaddiate Action

Plaintiff requests summary judgement and immeadiate release of incarceration from Cumberland County jail in Portland Maine. Plaintiff also requests compensation of $400,000.00

for the blatent trespassas of The Plaintiffs Constitutional protections and rights. The Plaintiff also requests defendant to cover medical and therapy costs due to delay of medical treatment and exposure to unnecessary loss of Liberty. The Plaintiff requests all further awards of damages by the courts, as seen fit to discorage any trampling of Constitutional Rights by any Custodians in the State of Maine. Petitioner is concerned of retaliation due to flagerent abuse and tresspasses of the Constitution.

(1) Attachment

Sworn by & Signed

Thomas Bayje    8-13-2025

Plaintiff has not made copies due to current location & existing threat.